**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **IESHA COLE,** | |
| **Plaintiff,** | |
| **vs.** | **Case Number: 26-CV-00578** |
| **CAPITAL ONE, N.A., et al.,** | |
| **Defendants.** | |

## NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC ONLY

Comes now Plaintiff Iesha Cole, by and through her undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled with Defendant Trans Union LLC *only*. Plaintiff further states:

1.      Plaintiff is Iesha Cole; Defendants are Capital One N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union LLC.

2.      Plaintiff sued Defendants for alleged violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*

3.      Plaintiff has reached a settlement in principle with Defendant Trans Union LLC only.

4.      Plaintiff anticipates filing a Dismissal of Defendant Trans Union LLC only within 45 days.

Dated:  June 4, 2026

*Respectfully submitted,*

By:  /s/ A.J. Stecklein
A.J. Stecklein                    #46663
Matthew S. Robertson          #70442
STECKLEIN ROBERTSON LAW, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile:  913-371-0727
Email: AJ@srlawkc.com
          MSR@srlawkc.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on June 4, 2026, using the Court's electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
Attorney for Plaintiff