**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **IESHA COLE,** | |
| **Plaintiff,** | |
| **vs.** | **Case Number: 26-CV-00578** |
| **CAPITAL ONE, N.A., et al.,** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC ONLY

Plaintiff and Defendant Trans Union LLC file this stipulation of dismissal with prejudice of Defendant Trans Union LLC only pursuant to this Court's June 5, 2026, Order (Doc. 30) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.　　Plaintiff is Iesha Cole; Defendants are Capital One N.A.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union LLC.

2.　　Plaintiff moves to dismiss the lawsuit with prejudice against Defendant Trans Union LLC only.

3.　　Defendant Trans Union LLC agrees to the dismissal.

4.　　This case is not a class action.

5.　　A receiver has not been appointed in this case.

6.　　This case is not governed by any federal statute that requires a court order for dismissal of the case.

7.　　Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8.　　This dismissal is with prejudice to refiling.

9.　　Each party is to bear its own fees and costs.

*Respectfully submitted,*

By: /s/ A.J. Stecklein

A.J. Stecklein                     #46663
Matthew S. Robertson          #70442
STECKLEIN ROBERTSON LAW, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone:  913-371-0727
Facsimile:  913-371-0727
Email: AJ@srlawkc.com
          MSR@srlawkc.com
**Attorneys for Plaintiff**


By: /s/ Scott E. Brady

Scott E. Brady, Esq.  (#3053449IN)
QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, Indiana 46290
Telephone: 317-497-5600, Ext. 602
Facsimile:  317-899-9348
Email: sbrady@qslwm.com
**Attorneys for Defendant Trans Union LLC**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the United States District Court for the Eastern District of Missouri on June 25, 2026, which will generate a notice of case activity to counsel of record.


/s/ A.J. Stecklein
Attorney for Plaintiff